**Robinson+Cole**

GLENN GREENBERG

666 Third Avenue, 20th floor
New York, NY 10017-4132
Main (212) 451-2900
Fax (212) 451-2999
ggreenberg@rc.com
Direct (212) 451-2933

**VIA ECF**

March 6, 2024

The Honorable Gregory H. Woods
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/6/2024
```

**MEMORANDUM ENDORSED**

Re:   *Yes Dental Plan of NY PLLC v. Citizens Ins. Co. of Am.*, 24-cv-1650 (GHW)(SN)

Dear Judge Woods:

We were recently retained to represent Defendant Citizens Insurance Company of America ("Citizens"). We write pursuant to Rule 1(E) of Your Honor's Individual Practices to respectfully request an adjournment of the deadline for Citizens to answer or otherwise respond to the Complaint to allow us adequate time to analyze and respond accurately to the complaint.

The deadline for Citizens to respond to the Complaint is March 12, 2024.

Citizens respectfully requests that the Court extend the deadline for it to answer or otherwise respond to the Complaint to and including **April 11, 2024**.

Citizens has not previously sought an extension of a deadline in this case. Plaintiff's counsel has consented to this extension.

Thank you for your consideration of this request.

Respectfully,

/s/ Glenn Greenberg

Glenn Greenberg

cc: All Counsel of Record (*via* ECF)

Application granted. Defendant's application for an extension of time to answer or otherwise respond to the complaint, Dkt. No. 9, is granted. The deadline for Defendant to answer or otherwise respond to the complaint is extended to April 11, 2024. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 9.

SO ORDERED.

Dated: March 6, 2024
New York, New York

GREGORY H. WOODS
United States District Judge

Boston | Hartford | New York | Providence | Miami | Stamford | Los Angeles | Wilmington | Philadelphia | Albany | New London | rc.com

Robinson & Cole LLP