```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/13/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
YES DENTAL PLAN OF NY PLLC,

                              **Plaintiff,**               24-CV-01650 (GHW) (SN)

           -against-                                  **ORDER**

CITIZENS INSURANCE COMPANY OF
AMERICA,

                              **Defendant.**
---------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       This case was recently referred to my docket for general pretrial matters and to report and recommend on any dispositive motion. The case was removed to federal court based on diversity jurisdiction and, in light of the parties' filings, it appears that the Court's jurisdiction is proper.

       Based on the Defendant's removal papers, this action was commenced in State Court on or about December 26, 2023, Defendant received a copy of the summons and complaint on February 20, 2024, and thereafter removed the action to Federal Court. ECF No. 1. Defendant has not responded to the complaint. The parties are ORDERED to meet and confer and file a letter with the Court by March 18, 2024. That letter should propose a date for Defendant to answer or otherwise respond to the complaint. The parties should also discuss whether a referral to the Court's Mediation Program or a settlement conference with me would be productive. If the parties wish to schedule a settlement conference, they should propose dates in May or June 2024.

**SO ORDERED.**

                                                                     SARAH NETBURN
                                                                     United States Magistrate Judge

DATED:       March 13, 2024
                 New York, New York