UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
YES DENTAL PLAN OF NY PLLC,

                    **Plaintiff,**

      -against-

CITIZENS INSURANCE COMPANY OF AMERICA,

                    **Defendant.**
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/3/2024

24-CV-01650 (GHW) (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    Pursuant to the Civil Case Management Plan & Scheduling Order, the parties were directed to file a status letter by July 1, 2024. To date, the parties have not done so. Accordingly, the parties are directed to file a joint letter informing the Court about the status of discovery by July 8, 2024.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    July 3, 2024
               New York, New York